UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA DOBBINS,

    Plaintiff,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 16-1789
DAR

## **ORDER**

For the reasons set forth in the Memorandum Opinion filed on this date, it is, this 29th day of September, 2017, hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 6) is **GRANTED**, and that fees and costs are awarded in accordance with the Memorandum Opinion filed on this date;

and it is

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (ECF No. 8) is **DENIED**.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge